September 4, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

JIMMY DIAZ, Appellant

NO. 14-14-00517-CV                    V.

No. 14-14-00622-CV

ROBERT T. RICE AND SAVANNAH ROBINSON, Appellees

_____

Today the Court heard appellees' and its own motion to dismiss these appeals. Having considered the motions and found them meritorious, we order the appeals **DISMISSED**.

We further order that all costs incurred by reason of these appeals be paid by appellant, Jimmy Diaz.

We further order this decision certified below for observance.